400 P.3d 617

**MK KONA COMMONS LLC, by and through its managing agent CBRE, Plaintiff-Appellant,**

v.

**BUSINESS BROKERS HAWAII-WEST LLC, a Hawai'i limited liability company, doing business as Kona Wine Market; Timothy Driedger and Jennifer Driedger, Defendants-Appellees**

**NO. CAAP-16-0000659**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT,

NORTH AND SOUTH KONA DIVISION (CIVIL NO. 3RC14-1-667K)

<u>SUMMARY DISPOSITION ORDER</u>

Vacated. Remanded.